# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Tostado Flores,<br>a.k.a.: Jose Luis Tostado-Flores,<br>a.k.a.: Jose Luis Tostado,<br>(A089 002 791)<br>*Defendant* | )<br>)<br>) Case No. 17-6325 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 28, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Luis Tostado Flores, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about April 22, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 17, 2017

_____
*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 28, 2016, Jose Luis Tostado Flores was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Tostado Flores was examined by ICE Officer M. Burger who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 16, 2017, Tostado Flores was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Tostado Flores was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Luis Tostado Flores to be a citizen of Mexico and a previously deported criminal alien. Tostado Flores was removed from the United States to Mexico through Brownsville, Texas, on or about April 22, 2013,

1

pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Tostado Flores in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Tostado Flores' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Luis Tostado Flores was convicted of Re-Entry of Removed Alien, a felony offense, on August 27, 2012, in the United States District Court, District of Arizona. Tostado Flores was sentenced to fourteen (14) months' imprisonment and three (3) years' supervised release. Tostado Flores' criminal history was matched to him by electronic fingerprint comparison.

5. On August 16, 2017, Jose Luis Tostado Flores was advised of his constitutional rights. Tostado Flores freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 28, 2016, Jose Luis Tostado Flores, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about April 22, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 17th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge